UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| EBONIE M. BLACKFOREST, | Civil No. 3:10-CV-05817-BHS-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 8, 2011;
- Plaintiff shall file the Optional Reply Brief on or before July 22, 2011; and
- Oral argument, if desired, shall be requested by July 29, 2011.

DATED this 8th day of June 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1   ORDER - [3:10-CV-05817-BHS-JRC]