UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EBONIE M. BLACKFOREST,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

CASE NO. C10-5817 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed defendant's Stipulated Motion for Remand (ECF No. 21), the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and grants defendant's Stipulated Motion for Remand;

(2) The matter is therefore REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. §405(g); and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 5th day of July, 2011.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER