# United States District Court

WESTERN DISTRICT OF WASHINGTON

EBONIE M. BLACKFOREST

        v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5817BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Court adopts the Report and Recommendation and grants defendant's Stipulated Motion for Remand;

    The matter is therefore REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

   July 6, 2011                                                  WILLIAM M. McCOOL
Date                                                                   Clerk

                                                                                   *s/CM Gonzalez*
                                                                                    Deputy Clerk